## CIVIL RIGHTS COMPLAINT
### 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CV-15 3773

-------------------------------------------------------X

David Hosannah,

Full name of plaintiff/prisoner ID#

# BIANCO, J.

Plaintiff,

JURY TRIAL DEMAND **SHIELDS, M.J.**
YES ✓   NO _____

-against-

Officer Ameed Saeed #2544
Nassau County Correctional center
Sheriff department

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.

**FILED**
US DISTRICT ... N.Y.
★ JUN 1 2015 ★
**BROOKLYN OFFICE**

-------------------------------------------------------X

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?  Yes (✓) No ( )

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs:   David Hosannah

           Defendants:   officer Ameed Saeed #2544
                         Nassau County Correctional center

        2. Court (if federal court, name the district;
           if state court, name the county)
           ( Nassau county court) I only have a
           File # 14 + 68 /01

        3. Docket Number: _____ None _____

I

4. Name of the Judge to whom case was assigned: _don't have one_

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_IT's still pending_

6. Approximate date of filing lawsuit: _February, 27, 2014_

7. Approximate date of disposition: _____

II.    Place of Present Confinement: _Nassau County Correctional Center_

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES,

1. What steps did you take? _I wrote the grievance committe, told Sgt Monroe and even wrote N.Y.C.L.u about the on going situation_

2. What was the result? _No Answer_

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

F. If your answer is YES,

1. What steps did you take? _After not getting any helpful answer I went over the grievance committe head and filed a Claim and wrote under Sheriff and chief administrative_

2. What was the result? _____

III.    Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of plaintiff _David Hosannah #13006685_

Address _100 Carman avenue East Meadow N.Y 11554_

(In item B below, place the full name and address of each defendant)

B.    List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1     _officer AMeed SAeed #2544_
_100 Carman avenue_
_East Meadow N.Y 11564_

Defendant No. 2     _Nassau County Correctional Center_
_Sheriff department_
_100 Carman avenue_
_East meadow N.Y 11554_

Defendant No. 3     _____

_____

_____

Defendant No. 4     _____

_____

_____

Defendant No. 5     _____

_____

_____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.) On 1-30-14 I was sexually harass and touch by officer Ameed Saeed #2544 inappropriately. I told Cpl. Mcdevitt on the way back to my unit what was said to me and I also told my unit cpl what happen. After receiving a ticket while at the hearing I told the hearing Sgt Monroe #123 on 2-6-14 what happen. On 4-3-14 officer Saeed #2544 came to my unit E-2-C and harass me verbally once again with a disciplinary report stating he spoke to internal Affairs and no one has Ever spoke to me from internal affairs about this situation. Again on 4-18-14 officer Saeed #2544 Came to my unit Call me over the loud speaker and told me if I don't give him the disciplinary report he was going to make sure He come to my personal Cell and fuck me! I wrote the Chief administrative office and the under sheriff about this problem and never receive and response. Nassau County Correctional center Clearly has discriminated against me by turning their back while officer Saeed #2544 sexually harass, touch me inappropriately and verbally harass me Constantly.

IV. A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received? (No injury) Nassau County Correctional Center and officer Ameed Saeed #2544 clearly Violated my 1st, 5th, 8th 9th and 14th amendment of life liberty and equal protection of the law the are Contractual obligated to up hold as government officials.

4

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

I would like the Courts to order the following individuals officer Ameed Saeed #2544 and nassau County Correctional Center to pay me in the sum of $500 million dollars

I declare under penalty of perjury that on  6-3-15  , I delivered this
                                            (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this  3  day of  June  , 20 15 . I declare under penalty of

perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

CARMINE PULGRANO
Notary Public, State of New York
No. 01PU6094168
Qualified in Nassau County
Commission Expires June 16, 2015

Nassau County Correctional Center
Name of Prison Facility

100 Carman Avenue
East Meadow NY 11554

_____
Address

#13006685
Prisoner ID#

5



Exhibit A

# NASSAU COUNTY SHERIFF'S DEPARTMENT
## DIVISION OF CORRECTION
### GRIEVANCE FORM
*Do Not Separate Forms*

Grievance #: 214- -14

Date: 1-31-14

CC: 130 0 6685

Print Name: HoSauNah   David    Location: E-1-B-19

Last    First

**I.    A.    Brief, but specific, description of the issue(s) grieved:**

ON 1-30-14 I was harrassed by officer Saeed from the law library Sheild# 2544. who made sexual advances towards me about how big and strong I looked and put his hands on my shoulder gently squeezing. That left me tramatized.

Number of additional sheets attached: (   )

**B.    Documentation or information to support the grievance:**

The log book and sign-up sheet to show i was in law library as well as numerous inmates who witnessed the inappropriate act.

Number of additional sheets attached: (   )

**C.    Actions requested by the Grievant:**

for a full investigation and for this matter to be handled appropriate so he doesn't take advantage of another person again by using his badge as a reason to do so.

Number of additional sheets attached: (   )

D. HoSauNah    Date: 1-31-14

Grievant's Signature

**II.    Decision of the Grievance Coordinator:**

(✓) Grievance Accepted    ( ) Grievance Denied    ( ) Non-Grievable Issue

Specific facts and reasons supporting decision:

Any information received alleging staff misconduct must be forwarded to the Sheriff Bureau of Investigation for investigation.

Number of additional sheets attached: (   )

C.O. Richard 2791  Date: 2-7-14

Grievance Coordinator's Signature

**III.    Acceptance/Appeal of Grievance Coordinator's decision:**

( ) I have read and accept the Grievance Coordinator's decision.

( ) I have read and appeal the Grievance Coordinator's decision.

Date: 2-10-14

Grievant's Signature

**IV.    Decision of Chief Administrative Officer:**

( ) Grievance Accepted.

( ) Grievance Denied.

Specific facts and reasons supporting decision:

Number of additional sheets attached: (   )

Date:

Chief Administrative Officer's Signature

*Grievant's Signature*

**II.**     **Decision of the Grievance Coordinator:**

( ) Grievance Accepted      ( ) Grievance Denied      ( ) Non-Grievable Issue

Specific facts and reasons supporting decision:

Any information received alleging staff misconduct must be forwarded to the Sheriff Bureau of Investigation for investigation

Number of additional sheets attached: ( )

C.O. Kerhard 2791    Date: 2-7-14

*Grievance Coordinator's Signature*

**III.**     **Acceptance/Appeal of Grievance Coordinator's decision:**

( ) I have read and accept the Grievance Coordinator's decision.

( ) I have read and appeal the Grievance Coordinator's decision.

Date: 2-10-14

*Grievant's Signature*

**IV.**     **Decision of Chief Administrative Officer:**

( ) Grievance Accepted.

( ) Grievance Denied.

Specific facts and reasons supporting decision:

Number of additional sheets attached: ( )

Date:

*Chief Administrative Officer's Signature*

**V.**     **If a grievance was denied, in whole or in part, the Grievant has the right to appeal to the Citizen's Policy and Complaint Review Council (CPCRC) at the Commission Of Correction.**

( ) My grievance was denied, in whole or in part, and I appeal to the Citizen's Policy and Complaint Review Council (CPCRC) at the Commission Of Correction.

Date:

*Grievant's Signature*

**VI.**     **Submission to the Citizen's Policy and Complaint Review Council.**

( ) I have enclosed with this grievance the investigation report and all other pertinent documents.

Date:

*Grievance Coordinator's Signature*

CC-2140-A. 4/98 Rev- 2/00      **Distribution:**
*WHITE COPY - Grievance Unit YELLOW COPY - Inmate*

# NASSAU COUNTY SHERIFF'S DEPARTMENT
## DIVISION OF CORRECTION
### GRIEVANCE FORM
*Do Not Separate Forms*




Grievance #: 033-04-14    Date: 4-3-14    cc: 13006635

Print Name: HOSANNAH  DAVID    Location: E2 C31
Last    First

**I.  A.  Brief, but specific, description of the issue(s) grieved:**

ON 3-28-14 I REFUSED THE LAW LIBRARY AND WAS GIVEN A DISCIPLINA REPORT FROM OFFICER SAEED SHEILD # 2544 FROM A PERVIOUS GRIEVANCE

Number of additional sheets attached: (   )

**B.  Documentation or information to support the grievance:**

AT AROUND 230 PM HE CAME TO MY UNIT CALL ME OVER THE LOUD SPEAKER TOLD ME TO SIGN THE DISCPLINARY FORM OR HE'S GOING TO LOCK ME IN. WHY OFFICER # 2544 CONTINUE TO HARESSING ME AFTER INTERNAL AFFAIRS SPOKE TO HIM!

Number of additional sheets attached: (   )

**C.  Actions requested by the Grievant:**

STAFF ARE PROHIBTED AGAINST RELIALIATING AGAINST INMATE FOR GRIEVING AN OFFICE FOR HIS MISCONDUCT. THIS OFFICER NEED TO HAVE A PHYSICALOGIAL EXAMINATION AND THIS MATTER NEED TO BE INVESTIGATE NOW!

Grievant's Signature    Date: 4-3-14

Number of additional sheets attached: (   )

**II.  Decision of the Grievance Coordinator:**

(X) Grievance Accepted    ( ) Grievance Denied    ( ) Non-Grievable Issue

Specific facts and reasons supporting decision:

A copy of this grievance was ferwarded to the facility's investigative unit, Internal Affairs (IA)

Number of additional sheets attached: (   )

Grievance Coordinator's Signature    Date: 4/9/14

**III.  Acceptance/Appeal of Grievance Coordinator's decision:**

( ) I have read and accept the Grievance Coordinator's decision.

( ) I have read and appeal the Grievance Coordinator's decision.

Grievant's Signature    Date: 4-14-14

*Inmate Refused to check Box of Accept or Appeal*

X C Rode 2000
Witness

**IV.  Decision of Chief Administrative Officer:**

( ) Grievance Accepted.

( ) Grievance Denied.

Specific facts and reasons supporting decision:

_____

_____

Number of additional sheets attached: (   )

Date: _____

Chief Administrative Officer's Signature

**V.**  If a grievance was denied, in whole or in part, the Gr

*Grievant's Signature*

**II.        Decision of the Grievance Coordinator:**

(X) Grievance Accepted          ( ) Grievance Denied          ( ) Non-Grievable Issue

Specific facts and reasons supporting decision:

*A copy of this grievance was forwarded to the facility's investigative unit, internal affairs (IA).*

Number of additional sheets attached: (0)

*Grievance Coordinator's Signature*          Date: 4/9/14

**III.       Acceptance/Appeal of Grievance Coordinator's decision:**

( ) I have read and accept the Grievance Coordinator's decision.

( ) I have read and appeal the Grievance Coordinator's decision.

*Inmate refused to check Box of Accept or Appeal*

Date: 4-14-14

*Grievant's Signature*

X *G Rode 2000*
*Witness*

**IV.       Decision of Chief Administrative Officer:**

( ) Grievance Accepted.

( ) Grievance Denied.

Specific facts and reasons supporting decision:

Number of additional sheets attached: (    )

Date:

*Chief Administrative Officer's Signature*

**V.        If a grievance was denied, in whole or in part, the Grievant has the right to appeal to the Citizen's Policy and Complaint Review Council (CPCRC) at the Commission Of Correction.**

( ) My grievance was denied, in whole or in part, and I appeal to the
Citizen's Policy and Complaint Review Council (CPCRC) at the Commission Of Correction.

Date:

*Grievant's Signature*

**VI.       Submission to the Citizen's Policy and Complaint Review Council.**

( ) I have enclosed with this grievance the investigation report and all other pertinent documents.

Date:

*Grievance Coordinator's Signature*

CC-2140-A. 4/98 Rev- 2/00

**Distribution:**
*WHITE COPY - Grievance Unit YELLOW COPY - Inmate*

Case 2:15-cv-03773-GRB-LGD   Document 1   Filed 06/18/15   Page 11 of 24 PageID #: 60



# NASSAU COUNTY SHERIFF'S DEPARTMENT
## DIVISION OF CORRECTION
### GRIEVANCE FORM
*Do Not Separate Forms*

Grievance #: 033-04-14

Date: 4 18 14

CC: 150366 5

Print Name: HOSANNAH DAVID
Last / First

Location: E2C31

**I.   A.   Brief, but specific, description of the issue(s) grieved:**

ON 4-18-14 OFFICER REED SHELD #2544 CALL ME OVER OVER SPEAKER ASK ME WHY I WROTE HIM UP AND WHERE WAS THE COP COP OF THE DISCIPLINARY REPORT AT AROUND 6:16 PM.

Number of additional sheets attached: (   )

**B.   Documentation or information to support the grievance:**

AS I WAS WALKING AWAY HE SAID IF I DON'T GIVE IT TO HIM HE WAS GOING TO MAKE SURE HE COME TO MY CELL AND FUCK ME UP.

Number of additional sheets attached: (   )

**C.   Actions requested by the Grievant:**

WHY SAID OFFICER KEED COMING OUT HIS WAY TO EMOTIONALY HARESS ME AND NO ONE IS DOING ANYTHING ABOUT IT. NASSAU COUNTY NCE DIVISION OF CORRECTION NEED TO INVESTIGATE THIS PROBLEM.

Number of additional sheets attached: (   )

Grievant's Signature                    Date: 4-18-14

**II.   Decision of the Grievance Coordinator:**

(  ) Grievance Accepted        (  ) Grievance Denied        (  ) Non-Grievable Issue

Specific facts and reasons supporting decision:

COM SNT TO INV.

Number of additional sheets attached: (   )

Date:

Grievance Coordinator's Signature

**III.   Acceptance/Appeal of Grievance Coordinator's decision:**

(  ) I have read and accept the Grievance Coordinator's decision.

(  ) I have read and appeal the Grievance Coordinator's decision.

Date:

Grievant's Signature

**IV.   Decision of Chief Administrative Officer:**

(  ) Grievance Accepted.

(  ) Grievance Denied.

Specific facts and reasons supporting decision:

Number of additional sheets attached: (   )

Date:

Chief Administrative Officer's Signature

**V.   If a grievance was denied, in whole or in part, the Grievant has the right to appeal to the City of**

## Decision of the Grievance Coordinator:

( ) Grievance Accepted        ( ) Grievance Denied        ( ) Non-Grievable Issue

Specific facts and reasons supporting decision:

Copy sent to DSN.

Number of additional sheets attached: (    )

Date: _____

_____
Grievance Coordinator's Signature

III.    **Acceptance/Appeal of Grievance Coordinator's decision:**

( ) I have read and accept the Grievance Coordinator's decision.

( ) I have read and appeal the Grievance Coordinator's decision.

Date: _____

_____
Grievant's Signature

IV.    **Decision of Chief Administrative Officer:**

( ) Grievance Accepted.

( ) Grievance Denied.

Specific facts and reasons supporting decision:

Number of additional sheets attached: (    ).

Date: _____

_____
Chief Administrative Officer's Signature

V.    **If a grievance was denied, in whole or in part, the Grievant has the right to appeal to the Citizen's Policy and Complaint Review Council (CPCRC) at the Commission Of Correction.**

( ) My grievance was denied, in whole or in part, and I appeal to the
Citizen's Policy and Complaint Review Council (CPCRC) at the Commission Of Correction.

Date: _____

_____
Grievant's Signature

VI.    **Submission to the Citizen's Policy and Complaint Review Council.**

( ) I have enclosed with this grievance the investigation report and all other pertinent documents.

Date: _____

_____
Grievance Coordinator's Signature

CC-2140-A. 4/98 Rev- 2/00          **Distribution:**
WHITE COPY - Grievance Unit YELLOW COPY - Inmate

# NASSAU COUNTY SHERIFF'S DEPARTMENT
## DIVISION OF CORRECTION
### DISCIPLINARY REPORT FORM

87741



ICN: _____

Inmate's Name: _Husbrick_____ _Davic_____ Present Location: __C31__ CC: _____
             Last Name           First Name

Date of Incident: _1-30-14_ Time of Incident: _____ Place of Incident: __IA-314__ Location moved to: __12-C31__

Infraction(s): 1: _Rule 36 Filing a false report_ 2: _____/_____
              Violation No. & Description               Violation No. & Description

Describe incident in detail (*include Use of Force or Evidence number if applicable; use Form 85-I if additional space is needed*):

On Jan 30 2014 Inmate Davic Husbrick CC# 13-000025 filed a complaint against me but subsequently went to Internal Affairs. Truly I was advised by Internal Affairs that I was not found to be guilty of any of the false allegations made by inmate Husbrick. Further confirmation of the above stated can be confirmed by Internal Affairs unit. Based on the investigation, he filed a false report. I would want him in the facility handbook.

Reporting Officer: _____ Shield #: ____ Date: ____ Time: __1430__
          Signature & Print Name

-----

Building/Area Sergeant:

1. This disciplinary report does __✓__ does not ____ contain all necessary and/or required information.

2. The incident or behavior described does __✓__ does not ____ constitute a violation(s) of the rules of inmate conduct.

3. This matter is ____ is not __✓__ appropriate for informal resolution.

4. This matter does ____ does not __✓__ require any further investigation at this time. (If further investigation is required, I recommend this report be forwarded to _____)

Building/Area Sergeant: _____ Shield #: ____ Date: _____
         Signature & Print Name

-----

Tour Commander/Area Lieutenant:

1. I have reviewed the above and concur __✓__ do not concur ____ with the Building/Area Sergeant's findings. (Describe any action taken in the event that you do not concur with Sergeant's findings: _____)

2. This inmate is __✓__ is not ____ a threat to the safety, security and good order of the facility, and will be immediately placed in prehearing detention pending a disciplinary hearing. This determination is based upon the following facts and circumstances (describe in detail): _____

Tour Commander/Area Lieutenant: _____ Shield # __04__ Date: _____
                     Signature & Print Name

-----

### 24 Hour Notification

You are hereby notified that your Disciplinary Hearing will be scheduled no earlier than 24 hours after the receipt of this report. Please have any defense prepared for the hearing no later than 24 hours from receipt of this notification. If you are non-English speaking, illiterate, or for any other reason are unable to prepare a defense, you may request assistance no later than 24 hours prior to the hearing.

Reporting Officer: _____ | _____ Shield #: _____ Date: _____ Time: _____
Signature & Print Name

Building/Area Sergeant:

1. This disciplinary report does ___✓___ does not _____ contain all necessary and/or required information.

2. The incident or behavior described does ___✓___ does not _____ constitute a violation(s) of the rules of inmate conduct.

3. This matter is _____ is not ___✓___ appropriate for informal resolution.

4. This matter does _____ does not ___✓___ require any further investigation at this time. (If further investigation is required, I recommend this report be forwarded to _____ )

Building/Area Sergeant: _____ Shield #: _____ Date: _____
Signature & Print Name

Tour Commander/Area Lieutenant:

1. I have reviewed the above and concur ___✓___ do not concur _____ with the Building/Area Sergeant's findings. (Describe any action taken in the event that you do not concur with Sergeant's findings: _____
_____ )

2. This inmate is ___✓___ is not _____ a threat to the safety, security and good order of the facility, and will be immediately placed in prehearing detention pending a disciplinary hearing. This determination is based upon the following facts and circumstances (describe in detail): _____
_____
_____

Tour Commander/Area Lieutenant: _____ Shield # _____ Date: _____
Signature & Print Name

## 24 Hour Notification

You are hereby notified that your Disciplinary Hearing will be scheduled no earlier than 24 hours after the receipt of this report. Please have any defense prepared for the hearing no later than 24 hours from receipt of this notification. If you are non-English speaking, illiterate, or for any other reason are unable to prepare a defense, you may request assistance no later than 24 hours prior to the hearing.

Your signature is required indicating that you have received a copy of this report; it is not an admission of guilt.

_____ CC# _____ Date: _____
Inmate's Signature

Chief Administrative Officer/Designee:

I have reviewed all relevant documentation regarding this inmate's prehearing detention status pending his/her disciplinary hearing and have determined he/she will _____ will not _____ remained confined pending his/her disciplinary hearing.

Chief Administrative Officer/Designee: _____ Shield # _____ Date _____

Distribution: White – Inmate Records   Yellow – Inmate Disciplinary Unit   Green – Inmate Disciplinary Office (Probation)   Pink – Floor Disciplinary Binder
          Gold – Inmate
CC-1482 rev. 2-10-2006



# NASSAU COUNTY SHERIFF'S DEPARTMENT
## DIVISION OF CORRECTION

### NOTICE OF DISCIPLINARY HEARING DISPOSITION

ICN:

CC:

Inmate's Name: _____ Present Location: _____

Last          First

## INCIDENT INFORMATION:

Disciplinary Report #: _____    Incident Date: _____    Hearing Date: _____

## INMATE STATEMENT:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## WITNESS STATEMENT:

Witness Requested By Inmate: Yes ☐  No ☒  Name: _____  Name: _____

Statement Attached:  Yes ☐  No ☐  Comments: _____

## FINDINGS:

| | Rule | Class | PLEA | | DECISION | | DAYS |
|---|---|---|---|---|---|---|---|
| (1) Infraction: | 24 | | Not Guilty ☐  Guilty ☒ | | Not Guilty ☐  Guilty ☒ | | 10 |
| (2) Infraction: | 59 | | Not Guilty ☐  Guilty ☒ | | Not Guilty ☐  Guilty ☒ | | 7 |
| (3) Infraction: | | | Not Guilty ☐  Guilty ☐ | | Not Guilty ☐  Guilty ☐ | | |
| (4) Infraction: | | | Not Guilty ☐  Guilty ☐ | | Not Guilty ☐  Guilty ☐ | | |

I understand I will receive a decision within 5 business days and I will have 2 business days to appeal.

X _____    Date: _____

Inmate's Signature

## DECISION BASED ON:

Disciplinary Report ☒    Witness Statement ☐    Inmate Statement ☒    Incident Reports ☐

Other Evidence: _____

Comments: _____
_____

Lock-In ☒ 17 Days    Restitution ☐ Amount: _____    Loss Of Commissary ☒ 1 Weekly Periods

Restricted Movement ☐  Specify: _____

Loss Of Contact Visits ☐ _____ Days    Loss Of Third Visit ☐ _____ Days    Disciplinary Surcharge ☒ $ 5

Other Sanction: _____

HEARING STARTED _____ END _____    KEEP LOCK OUT DATE: _____ TIME: _____

Hearing Officer: _____    DECISION DELIVERED: 1/28/15    RECEIPT #: _____

Sign Name

CC-2408. 3/75 REV. 10/00    Distribution: White - Records Bureau    Green - Probation    Yellow - Disciplinary Office    Pink - Floor Disciplinary Binder    Gold - Inmate

monroe

EXhibiT B

To: under Sheriff                                    2-28-14

FROM: David Hosannah
   # 13006685
   E-1-B- 19


Dear: Sir
   I am writing you to informed you about officer Saeed # 2544 who touch me very inappropriately and made sexually advance towards me. I reported this matter to not only the grievance but also to Sgt Monroe #123. I respectfully ask that this problem be investigate, So Said officer wouldn't take advantge of another person by using his badge. Thank your for your time. Now I await your response.


CC File

                              Respectfully Submitted
                              David Hosannah

TO: Chief: Administrative office                    4-18-14

FROM: David Hosannah
       #13006685
       E-2-C-31

Dear: Sir/Madam
   Today officer Saeed #2544 Call me over the loud speaker ask me why I wrote him up and where was the Copy of the disciplinary report. As I walk away he said if I don't give the ticket to him he was going to make sure he come to my cell and fuck me!! This officer continue to go out his way to Sexually and verbally harass me and no one is doing anything about it. I ask that this officer and this situation be investigated very thoroughly. Thank you very much for your time. Now I await your response.

C.C File

                              Respectfully Submitted
                              David Hosannah

To: Under Sheriff                                    4-18-14

FROM: David Hosannah
   #13006685
   E-2-C-31


Dear; Sir
   Today officer Saeed #2544 Call me over the loud speaker ask me why I wrote him up where was the Copy of the disciplinary report. As I walk away he said if I don't give the ticket back to him, he was going to make sure he come to my cell and fuck me!! This officer Continue to go out his way to sexually and verbally harass me and no one is doing anything about it. I ask that this officer and this situation be investigated very thoroughly. Thank you very much for your time. Now I await your response.


CC File                                   Respectfully Submitted
                                          David Hosannah

DAVID HOSANNAH
CASE NO: 13006685
NASSAU COUNTY CORR CENTER
100 CARMAN AVENUE
EAST MEADOW, N.Y 11554

MR. DOMINICK DIMAGGIO, ESQ
ATTORNEY FOR RESPONENT
ONE WEST STREET
MINEOLA, NEW YORK 11501

RE: DAVID HOSANNAH V. NASSAU COUNTY SHERIFF DEPARTMENT OF CORRECTIONS
FILE NO: 14T68101

Dear: MR DIMAGGIO

I'm the claimant in the above reference matter. If it's not erroneously improbable I would like to move forward with my Civil Complaint Chapter 11, Section 11-4.2 of Nassau county administrative code as amended by chapter 701 of 1939. I would be exceedingly greatful if your office could possibly schedul the hearing pursuant to 50-h of minicipal law in reference to the matter before you. Thank you Kindly for your time and attention and I patently await your response.

CC FILE

RESPECTFULLY SUBMITTED

DAVID HOSANNAH

SWORN TO BEFORE ME THIS
25 DAY OF Feb

NOTARY PUBLIC

CAROLINE FULGRANO
Notary Public, State of New York
No. 01PU6094168
Qualified in Nassau County
Commission Expires June 16, 2018

TO: SAMUEL LITTMAN
DEPUTY COUNTY ATTORNEY

Dear: SAMUEL LITTMAN
I David Hosannah am the claimant in the reference matter befor you. If it's not erroneous improbable I would like to move forward with my civil complaint chapter 11, section 11-4.2 of the nassau county administrat code as amended by chapter 901 of 1939. Unfortunately due to my extreme circumstances which has temporarily detained me from proceeding. I would be exceedingly greatful if your office could possibly schedul the hearing pursuant to 50-h of Municipal law in reference to this matter before you. Thank you kindly for your time and attention and now I patiently await your response.

County ATTORNEY FILE # 14+68/01

CC FILE

Respectfully Submitted
David Hosannah

Sworn to before me this
25 day of Feb

NOTARY PUBLIC

CARMINE PULGRANO
Notary Public, State of New York
No. 01PU6094168
Qualified in Nassau County
Commission Expires June 16, 2015

DAVID HOSANNAH
CASE No: 13006685
NASSAU COUNTY CORR CENTER
100 CARMAN AVENUE
EAST MEADOW N.Y 11554

CARNELL T. FOSKEY
COUNTY ATTORNEY OF NASSAU COUNTY
ONE WEST STREET
MINEOLA, NEW YORK 11501

RE: DAVID HOSANNAH V. COUNTY OF NASSAU SHERIFF DEPARTMENT OF CORRECTIONS

Dear: Ms FOSKEY

I'm the claimant in the above reference matter. If it's not erroneously improbable I would like to move forward with my civil complaint chapter 11, section 11-4.2 of Nassau county administrative code as amended by chapter 701 of 1939. I would be exceedingly greatful if your office could possibly schedul the hearing pursuant to 50-h of minicipal law in reference to the matter before you. Thank you kindly for your time and attention and I patently await your response.

CC FILE

RESPECTFULLY SUBMITTED
DAVID HOSANNAH

SWORN TO BEFORE ME THIS
25 DAY OF Feb

NOTARY PUBLIC

CARMINE PULGRANO
Notary Public, State of New York
No. 01PU6094168
Qualified in Nassau County
Commission Expires June 16, 2015



#13006685
100 CARMAN AVENUE
EAST Meadow New YORK 11554



ATTENTION: Pro Se OFFice

UNITED S:
EASTERN DI
225 CADI
BROOKLY



LEAGL MAIL




U.S. POSTAGE >> PITNEY BOWES



ZIP 11554   $ 001.86⁰
02 1W
0001370666 JUN 15 2015







First Class Mail



STATES DISTRICT COURT
DISTRICT OF NEW YORK
MAN PLAZA
IN NEW YORK 11201



