June 28, 2024

**VIA ECF**

Honorable Lee G. Dunst
United States Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, N.Y. 11722

**Re: *Hosannah v. Saeed, et al.*, No. v-GRB-LGD—Joint Status Report**

Dear Judge Dunst:

We write on behalf of the Parties to provide the Court with an update on the status of this matter, per the Court's Civil Minute Entry following the May 6, 2024 Status Conference. *See* ECF No. 118. The Parties respectfully request the Court set July 29, 2024 for an update on discovery, in advance of the August 8, 2024 conference. The Parties' respective updates are set forth below.

**Plaintiff David Hosannah's Status Report:**

As this Court is aware, Your Honor granted Plaintiff's request to re-open discovery following the May 6, 2024 Status Conference, setting August 16, 2024 as the deadline to complete fact discovery. *See id.* In an effort to move discovery ahead expeditiously and avoid further delays in trying this case, Plaintiff has attempted to serve both party and non-party discovery, described herein.

Unfortunately, Plaintiff continues to face considerable and unexplained delays from Defendant Ameed Saeed's counsel and outgoing counsel for former Defendant Nassau County Correctional Center Sheriff Department (the "County").

**A. Third-Party Discovery**

Four days after the May 6, 2024 Status Conference with this Court, Plaintiff served a subpoena for production of documents on the Nassau County Attorney, counsel for the County, with a response deadline of May 29, 2024.

Shortly thereafter, counsel for the County stated in its May 24, 2024 status report to this Court that it was in the midst of obtaining "new and separate counsel" in order to respond to Plaintiff's May 10 subpoena, and the process would be completed within "1-2 weeks," *i.e.*, no later than June 7, 2024. *See* ECF No. 119.

Plaintiff's counsel attempted to contact counsel for the County on a number of occasions since the May 24 status report, including email inquiries to counsel of record on June 6, June 8, June 14, and June 20, as well as a telephone message on June 18. To date, counsel for the County has not responded to any of these requests nor have they identified their new counsel. Nearly two months after Plaintiff served the subpoena on the County, Plaintiff has still not received a response, been served with responses and objections, or been asked for an extension. At present, the Nassau County Attorneys' Office remains counsel of record for the County.

**B. Party Discovery**

Plaintiff was only able to serve discovery on counsel for Defendant Saeed on June 27, 2024. Despite efforts to serve this discovery shortly after the Parties' May 6 Status Conference, Plaintiff again has been met with inexplicable delays.

In the County's May 24 status report, counsel represented that new counsel for Defendant Saeed would be appointed on May 28, 2024. *See id.* In advance of this change in representation, Plaintiff prepared requests for production and interrogatories to be served upon Defendant as soon as new counsel was identified and entered an appearance. Defendant's counsel only provided the contact information for Defendant Saeed's new counsel—the Law Offices of Vincent D. McNamara—on June 7, almost two weeks later.

Subsequently, Plaintiff made multiple attempts to contact Mr. McNamara and his associates to serve Plaintiff's discovery requests, including a number of email and phone messages throughout June 2024, to no avail. Plaintiff received a response on June 25—two days ago—after noting that the Parties had an upcoming deadline to file this Joint Status Report.

Plaintiff served discovery on Defendant Saeed via email on June 27 and via certified mail earlier today. Plaintiff also met and conferred with new counsel for Defendant Saeed today. New counsel informed Plaintiff that she will be receiving the case file, finalizing the engagement, and filing a notice of appearance next week and that she can then begin to determine what documents responsive to Plaintiff's discovery requests exist. New counsel proposed that the parties provide this Court with an update in a month. Plaintiff agrees that an update in a month is appropriate and hopes that the parties will be able to make swift progress on discovery between now and then.

**Defendant's Position**

We write as designated defense counsel for the sole remaining defendant in this case, Ameed Saed; however, at present we do not have a signed retention agreement nor the file in this matter. We will be receiving these documents and filing the official Change of Counsel and Notices of Appearance next week. The County of Nassau was dismissed[1] from this action.

Plaintiff's counsel provided discovery requests last evening consisting of Interrogatories and Requests for Production to defendant Saeed. This afternoon, plaintiff's counsel also provided a

[1] *See*, Doc#74, Report and Recommendation, LGD, p. 31/32, adopted in its entirety, 01/24/23 Order GRB, Doc#76 Affirmation of Service ofDoc#74 and Order 01/24/23.

copy of the transcript of the May 6, 2024 conference in which the Court was apprised of the process for appointment of outside counsel and set adjustable deadlines in view of this. Initial reviews indicate the June 27, 2024 discovery requests are quite broad and not focused on the discrete time period involved in this lawsuit from January 30, 2014 to August 12, 2015. To respond, it will be necessary to confer with defendant Saeed and review the complete file regarding his defense in this action.

Nevertheless, we believe we can work with plaintiff's counsel to refine and respond to the discovery propounded and respectfully request another status report be scheduled for July 29, 2024.

***

Should the Court wish to have a conference with the Parties, we are available and thank the Court for its thoughtful consideration in this matter.

Respectfully submitted,

*<u>/s/ Alice Tsier</u>*
**Alice Tsier**
Dorian K. Panchyson
Paula C. Kates
Esther Kozakevich
Leili A. Saber
WHITE & CASE LLP
1221 Avenue of the Americas
New York, N.Y. 10020-1095
**E:** alice.tsier@whitecase.com
**T:** (212) 819-8200

*Attorneys for Plaintiff David Hosannah*

*<u>/s/ Helen M. Benzie</u>*
**Helen M. Benzie**
Associate
Law Office of Vincent D. McNamara
1045 Oyster Bay Road
East Norwich, N.Y. 11732
**E:** hbenzie@vdm-law.com
**T:** (561) 922-9100

*Incoming Attorneys for Defendant Ahmed Saeed*