UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAVID HOSANNAH,

**FILED
CLERK**
2/5/2026 4:45 pm
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

                                        Plaintiff,          **VERDICT SHEET**
                                                            CV 15-3773 (GRB)(LGD)

            -against-

OFFICER AMEED SAEED, #2544

                        Defendant.

-----------------------------------------------------------------X

**GARY R. BROWN, United States District Judge:**

        According to the principles as charged by the Court and the facts as you find them, please answer the following questions:


I.      **LIABILITY**


**Claim One: Sexual Abuse Claim**


1.  Has Plaintiff demonstrated, by a preponderance of the evidence, that Defendant sexually abused Plaintiff on August 12, 2015?

                Yes____✓____          No_____

If you answered No, your deliberation is complete and you have reached a verdict.  The Foreperson should complete the signature block below.  If you answered Yes, you have found Defendant liable as to the Sexual Abuse Claim, and you should proceed to Question 2.

**Claim Two: Retaliation Claim**


2.  Has Plaintiff demonstrated, by a preponderance of the evidence, that Defendant sexually abused Plaintiff in retaliation for filing one or more grievances?

                Yes_____          No____✓____

If you answered Yes, you have found Defendant liable as to the Retaliation Claim.  Regardless of your answer to this Question, proceed to Part II on the other side.

## II.  DAMAGES

1.  Compensatory/Nominal Damages

If you find that Plaintiff has proven Defendant liable on the Retaliation Claim, you must consider, consistent with the Court's instructions, whether Plaintiff is entitled to an award of Compensatory Damages **or** Nominal Damages.  You may only award Compensatory Damages for Plaintiff's Retaliation Claim.  You are not to award Compensatory Damages on the Sexual Abuse Claim.  As such, please complete section A **or** B below:

A.  Compensatory Damages

What amount is fair and reasonable to compensate Plaintiff for the deprivation of rights he suffered as a result of retaliation?  $_____.  If you found an amount of Compensatory Damages, **DO NOT** proceed to Part B (Nominal Damages). Instead proceed to Question 2.

B.  Nominal Damages

_____✓_____ Please check here if you determine that Plaintiff is entitled to Nominal Damages of $1 based upon Defendant's retaliation and/or sexual abuse.  **DO NOT** check this box if you have awarded Compensatory Damages.

2.  Punitive Damages

For each Claim in which you find Defendant liable, state the amount of Punitive Damages, if any, that should be awarded against Defendant:

a.  For the Sexual Abuse Claim by Plaintiff: $ 27,500 _____

b.  For the Retaliation Claim by Plaintiff: $ 0 _____

**You have reached a verdict.**

FOREPERSON: Please sign and date the Verdict Sheet, and then advise the Court by note that you have reached a verdict and are ready to announce that verdict in the courtroom.

Dated: Central Islip, New York
February 5, 2026

_____
FOREPERSON'S SIGNATURE