AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

EASTERN District of NEW YORK

FILED
CLERK
2/5/2026 4:44 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

DAVID HOSANNAH
*Plaintiff*
v.
OFFICER AMEED SAEED, #2544
*Defendant*

Civil Action No. 15CV 3773(GRB)(LGD)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☒ other: That judgment be entered in favor of plaintiff and against defendant. That plaintiff DAVID HOSANNAH recover from the defendant OFFICER AMEED SAEED #2544 the amount of TWENTY SEVEN THOUSAND FIVE HUNDERD dollars ($27,500.00). .

This action was *(check one)*:

☒ tried by a jury with Judge GARY R. BROWN presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☐ decided by Judge ______ on a motion for ______ .

Date: February 5, 2026

Brenna B. Mahoney
*CLERK OF COURT*

*/s/ Karen McMorrow*
*Signature of Clerk or Deputy Clerk*